IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:07-CR-10-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| TRENSTON DARNELL GATLING, ) | |
| ) | |
| Movant. ) | |

This matter comes before the court upon defendant's request "that the 924(e) be removed from [his] case and that [he] be given a fair sentence under 922(g) alone . . . ," that is lodged on the docket at entry no. 36 as a motion to remove 924(e) violation from case. In furtherance of this matter, the government is DIRECTED to file a response to defendant's motion by **March 16, 2012.**

SO ORDERED, this the 1st day of March, 2012.

_____
LOUISE W. FLANAGAN
United States District Judge